UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES AND THE STATE OF NEW YORK, ex rel., MARY ANN KINGSLEY,

    Plaintiffs,

-v-                                            14-CV-6079(FPG)

ROCHESTER GENERAL HEALTH SYSTEM and INDEPENDENT LIVING FOR SENIORS, INC. d/b/a ELDERONE,

    Defendants.

---

## ORDER

Upon consideration of the United States' Notice of Intervention in Part for Purposes of Settlement and Declination in Part, it is hereby

**ORDERED** that the Relator's Complaint, the United States' Notice of Intervention in Part for Purposes of Settlement and Declination in Part, and this Order be unsealed; and

**IT IS FURTHER ORDERED** that all filings after this Order be unsealed; and

**SO ORDERED.**

This 25th day of Febru___, 2019

_____
Frank P. Geraci, Jr.
United States District Judge

3